# PD-1225-15

MR MILTON GAFFORD FILED IN

RECEIVED IN

Cause No.# 05-14-00917-CR

# 14040549   COURT OF CRIMINAL APPEAL COURT OF CRIMINAL APPEALS

South Tower 3C          DEC 1 2015

P.O. Box 660334                        DEC 14 2015

Dallas, TX 75266     Abel Acosta, Clerk

"Petition For Review" [Abel Acosta, Clerk PD-1225-15]

Dear MR. Abel Acosta

I would like to apologize to you, for the last time I wrote to you. I was misinform on the time limitation I had to file my review. So, I hope you could acept my apology. The reason I'm writing you again, Is that I need your help again. If anyway in your power, you could send me a copy of my "Petition for Review" That was the only copy I had left other I made the mistake, and mail it to the "Supreme Court OF APPEAL" They kept that copy, and I mail you the only copy I had left. SO, if you could find it in you heart to mail me a copy, I could not think you enough from the bottom of my heart

I also need to know if the time to file a petition (First-Petition) under Rule 68.2 [30 days after the Court of appeal judgment is rendered] or has they been updated. This is very important to my research of my case.

Dec. 08, 2015                              Sincerely

[Copy] d:                          MR. MILTON GAFFORD